> Defendant's request for extension is granted. SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: October 3, 2022
> New York, New York

**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

**BERNICE FRIMPONG**,

      *Plaintiff*

   -vs-

**NULIFE OF THIRD, LLC, 175TH AND THIRD CORP.**, et al.

      *Defendants*

-------------------------------------------------------------x

STIPULATION EXTENDING TIME FOR DEFENDANT NULIFE OF THIRD, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

CASE NO. 1:22-CV-06702-ER

    WHEREAS NULIFE OF THIRD, LLC's ("Defendant") deadline to answer, move or otherwise respond to BERNICE FRIMPONG's ("Plaintiff"), Complaint in the above-captioned action was September 18, 2022;

    WHEREAS Defendant requires additional time to analyze Plaintiff's claims in the Complaint;

    WHEREAS the parties have not previously requested to extend the deadline for Defendant to answer, move or otherwise respond to the Complaint;

    IT IS HEREBY STIPULATED AND AGREED by, and between, Plaintiff and Defendant that:

    1.    Defendant's time to answer, move or otherwise respond to the Complaint in the above-captioned action is extended to, and including, October 31, 2022.

    2.    Defendant waives any defense under the Federal Rules of Civil Procedure as to sufficiency of service of process.

    3.    The parties agree that service is to be effective when the opposing counsel is served solely by electronic mail and that service via electronic mail is to be complete upon sending of a

document to the opposing counsel, which is in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Stipulated and agreed to on September 29, 2022

_Michael Grinblat_  
Michael Grinblat, Esq. (4159752)  
Attorney for Plaintiff  
Law Offices of Michael Grinblat  
10 East 39th Street, 12th Floor  
New York, NY 10016  
Tel: (347) 796-0712  
Fax: (212) 202-5130  
Email: michael.grinblatesq@gmail.com  
*Attorney for Plaintiff*

_Jeffrey Rosin_  
Jeffrey M. Rosin (629216)  
Attorney for NuLife of Third, LLC  
O'Hagan Meyer, PLLC  
111 Huntington Avenue, Suite 719  
Boston, MA 02199  
Tel: (617) 843-6800  

Email: jrosin@ohaganmeyer.com