IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNICE FRIMPONG,<br><br>Plaintiff,<br><br>-against-<br><br>NULIFE OF THIRD LLC, 175TH AND THIRD CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,<br><br>Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT NULIFE OF THIRD LLC<br><br><br>CASE NO.: 22-cv-6702-ER |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for BERNICE FRIMPONG ("Plaintiff") and the attorneys for NULIFE OF THIRD LLC ("Defendant") that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person being a party having an interest in the subject matter of this action, the above-captioned action and all asserted, and non-asserted, claims, counterclaims, and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a confidential settlement agreement executed between the parties. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature has the same force and effect as an original signature.

Signed: November 22, 2022

*Michael Grinblat*

Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
BERNICE FRIMPONG

Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: November 22, 2022

*Jeffrey M. Rosin*

Jeffrey M. Rosin, Esq. BBO #JR2507

Attorneys for Defendant
NULIFE OF THIRD LLC

O'Hagan Meyer, PLLC
111 Huntington Ave, Suite 719
Boston, MA 02199
Tel: (617) 843-6800

Email: jrosin@ohaganmeyer.com

**SO ORDERED:**

_____

Edgardo Ramos,
U.S. District Court Judge
November 23, 2022

2